UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| RAYMOND LEWIS and FREDERICK ORTIZ., individually and on behalf of all others similarly situated, | ~~[PROPOSED]~~ **UNSEALING ORDER** |
| Plaintiffs, | 23 Civ. 2600 (CM) |
| -against- | |
| THE CITY OF NEW YORK; JURY TRIAL DEMANDED THE CITY OF NEW YORK DEPARTMENT OF CORRECTION; THE CITY OF NEW YORK DEPARTMENT OF CORRECTION COMMISSIONER LOUIS A. MOLINA; CORRECTION OFFICER "JOHN" LIPENSKI; CORRECTION OFFICER "JOHN" SMITH; and JOHN AND JANE DOE CORRECTION OFFICERS 1-25, | |
| Defendants. | |

------------------------------------------------------------------------x

**IT IS HEREBY ORDERED** that the statutory sealing requirements of New York Criminal Procedure Law §§ 160.50 and 160.55 shall be held not to apply for the limited purpose of allowing the Office of Court Administration for the State of New York ("OCA") and the New York City Department of Correction ("DOC") to be permitted to search for and provide certain information regarding individuals who were brought to Manhattan Criminal Court ("MCC") and who allege that they were strip searched from March 28, 2020 to February 29, 2024, to Corporation Counsel of the City of New York and to Plaintiffs' counsel for use in the above-captioned case only;

**IT IS FURTHER ORDERED THAT THE OFFICE OF COURT ADMINISTRATION** shall provide to the Corporation Counsel of the City of New York and Plaintiffs' counsel the following information, if retained by the Office of Court Administration: the name of the individual transported to MCC from any DOC Facility from March 28, 2020 to

February 29, 2024; any Book and Case ("B&C") number; the date(s) of the individual's transport; and criminal court docket number(s) and court date(s) related to the individual's transport to MCC.

**IT IS FURTHER ORDERED THAT THE NEW YORK CITY DEPARTMENT OF CORRECTION** provide to the Corporation Counsel of the City of New York and Plaintiffs' Counsel the following information, if retained by the DOC: the name of the individual transported to MCC from any DOC Facility from March 28, 2020 to February 29, 2024; any Book and Case ("B&C") number; the date(s) of the individual's transport; movement history of the individuals, and any such individual's security designation and/or categorization.

**IT IS FURTHER ORDERED THAT** that the distribution of any non-public information provided herein shall be limited to the Office of the Corporation Counsel, Plaintiffs' Counsel, and experts in the present matter, with the understanding that OCA and DOC are already in possession of their respective portions this information, and this Order does nothing to affect their ability to access and/or utilize information already within their possession.

Dated: New York, New York
     June  10, 2024

So Ordered,

_____
MAGISTRATE JUDGE ROBYN F. TARNOFSKY