UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RAYMOND LEWIS and FREDERICK ORTIZ., individually and on behalf of all others similarly situated,

                                                            Plaintiffs,

                          -against-

THE CITY OF NEW YORK; THE CITY OF NEW YORK DEPARTMENT OF CORRECTION; THE CITY OF NEW YORK DEPARTMENT OF CORRECTION COMMISSIONER LOUIS A. MOLINA; CORRECTION OFFICER "JOHN" LIPENSKI; CORRECTION OFFICER "JOHN" SMITH; and JOHN AND JANE DOE CORRECTION OFFICERS 1-25,
                                                            Defendants.

------------------------------------------------------------------------x

**[PROPOSED] UNSEALING ORDER**

23 Civ. 2600 (CM) (RFT)

       **IN FURTHERANCE OF THE UNSEALING ORDER ENTERED BY THE HONORABLE ROBYN F. TARNOFSKY IN THE ABOVE MATTER ON JUNE 10, 2024;**

       **IT IS HEREBY ORDERED** that the statutory sealing requirements of New York Criminal Procedure Law §§ 160.50 and 160.55 shall be held not to apply for the limited purpose of allowing the Office of Court Administration for the State of New York ("OCA") and the New York City Department of Correction ("DOC") to search for and provide certain information regarding individuals who were brought to Manhattan Criminal Court ("MCC") and who allege that they were strip searched from March 28, 2020 to February 29, 2024, to each other for use in the above-captioned case only;

       **IT IS FURTHER ORDERED THAT** that the distribution of any non-public information provided herein shall be limited to the Office of the Corporation Counsel, Plaintiffs' Counsel, OCA, DOC, and experts in the present matter, with the understanding that OCA and DOC are

- 2 -

already in possession of their respective portions this information, and this Order does nothing to affect their ability to access and/or utilize information already within their possession.

Dated: New York, New York
December 20, 2024

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE