UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

RAYMOND LEWIS and FREDERICK ORTIZ.,
individually and on behalf of all others similarly situated,

[PROPOSED] UNSEALING ORDER

                                                    Plaintiffs,

23 Civ. 2600 (CM) (RFT)

                        -against-

THE CITY OF NEW YORK; JURY TRIAL DEMANDED
THE CITY OF NEW YORK DEPARTMENT OF
CORRECTION; THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION COMMISSIONER
LOUIS A. MOLINA; CORRECTION OFFICER "JOHN"
LIPENSKI; CORRECTION OFFICER "JOHN" SMITH;
and JOHN AND JANE DOE CORRECTION OFFICERS
1-25,
                                                    Defendants.

-------------------------------------------------------------------------x

**IN FURTHERANCE OF THE UNSEALING ORDER ENTERED BY THE HONORABLE ROBYN F. TARNOFSKY IN THE ABOVE MATTER ON JUNE 10, 2024;**

**IT IS HEREBY ORDERED** that the statutory sealing requirements of New York Criminal Procedure Law §§ 160.50 and 160.55 shall be held not to apply for the limited purpose of allowing the New York City Department of Correction ("DOC") to search for within their records, and provide, where available, the full names, dates of birth, New York State Identification numbers, Book and Case numbers, last known addresses, email addresses, and the names and last known addresses of closest contacts ("Contact Information") for individuals who were brought from Rikers Island to Manhattan Criminal Court from March 28, 2020, to February 29, 2024 (the "Class Period"); this Order further permits DOC to search for Contact Information for those individuals which may have been provided to DOC in connection with incarceration periods outside the Class Period;

2

**IT IS FURTHER ORDERED THAT** that the distribution of the located Contact Information for those individuals shall be limited to the Office of the Corporation Counsel, Plaintiffs' Counsel, DOC, and the settlement administrator in this matter, with the understanding that DOC is already in possession of this information, and this Order does nothing to affect its ability to access and/or utilize information already within their possession.

SO ORDERED:

Dated: New York, New York
February 10 , 2026

_____
MAGISTRATE JUDGE ROBYN F. TARNOFSKY

2