UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND LEWIS and FREDERICK ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK, *et al*.,<br><br>Defendants. | 23-cv-2600 (CM) |

**NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the parties' Joint Motion for Preliminary Approval of Class Action Settlement, the Settlement Agreement dated March 5, 2026 (the "Settlement") (Ex. 1), and all prior pleadings and proceedings in this action, Plaintiffs Raymond Lewis and Frederick Ortiz ("Plaintiffs" or "Class Representatives"), on behalf of themselves and the Settlement Class, and Defendants City of New York, City of New York Department of Correction ("DOC"), and Commissioner Louis A. Molina (collectively "Defendants"), respectfully move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order (Proposed Preliminary Approval Order, Ex. 2) pursuant to Federal Rule of Civil Procedure 23:

1. **Granting preliminary approval of the proposed class action Settlement** between Plaintiffs and Defendants, as set forth in the Settlement Agreement;

2. **Conditionally certifying the Settlement Class** for settlement purposes pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3);

3. **Appointing Plaintiffs Raymond Lewis and Frederick Ortiz as Class Representatives** for the Settlement Class;

4. **Appointing German Rubenstein LLP as Class Counsel** for the Settlement Class;

5. **Approving the proposed form and manner of notice** to Settlement Class Members;

6. **Appointing Verita Global LLC as Claims Administrator** to administer the settlement and implement the Court-approved notice program (qualifications, Ex. 3);

7. **Approving the proposed Claim Form and Notice Plan**;

8. **Scheduling a Final Fairness Hearing** to determine whether the proposed settlement is fair, reasonable, and adequate pursuant to Rule 23(e);

9. **Establishing deadlines and procedures** for:

    - submission of claims,
    - requests for exclusion from the settlement class,
    - objections to the settlement, and
    - the filing of Plaintiffs' motion for final approval; and

10. **Granting such other and further relief** as the Court deems just and proper.

**PROPOSED SETTLEMENT CLASS**

For settlement purposes, the parties jointly seek certification of the following Settlement Class:

> All individuals in the custody of the New York City Department of Correction who were strip searched upon arrival at the Manhattan Court Division after having been strip searched prior to departing Rikers Island for court during the Class Period.

The Class Period extends:

- from March 28, 2020, through February 29, 2024, for individuals classified as Enhanced Security; and
- from October 1, 2022, through February 29, 2024, for all other individuals in custody.

Excluded from the Settlement Class are individuals who previously settled claims relating to the challenged strip searches or whose claims are otherwise barred by enforceable releases.

**RELIEF PROVIDED BY THE SETTLEMENT**

The Settlement Agreement establishes a Class Fund of $28,575,000 to resolve this litigation. $28,000,000 will be distributed to eligible class members who submit valid claims, with payments allocated on a *pro rata* basis based on the number of strip search incidents experienced by each claimant. The settlement also requires the DOC to modify its correctional directive governing strip searches to clarify that individuals who have already been strip searched prior to transport from a DOC facility should not be strip searched again upon arrival at the court division absent reasonable suspicion or a break in custody.

**PROPOSED SCHEDULE**

The parties propose the following schedule for settlement administration:

| **Event** | **Deadline** |
|---|---|
| Preliminary Approval Order | — |
| Notice Date | 60 days after Preliminary Approval |

| | |
|---|---|
| Claim Deadline | 90 days after Notice Date |
| Opt-Out and Objection Deadline | 90 days after Notice Date |
| Motion for Final Approval | Within 30 days after Claim Deadline |
| Final Fairness Hearing | Date set by the Court after the Claim Form Deadline. |

Dated: New York, New York
June 2, 2026

Respectfully submitted,

*By:* *Steven Jay German*
GERMAN RUBENSTEIN, LLP
Steven Jay German
Joel Murray Rubenstein
19th West 44th Street, Ste. 1500
New York, New York 10036
(212) 704-2020
*Counsel for the Settlement Class*

By: *Rachel Seligman Weiss*
STEVEN BANKS
Corporation Counsel of the
City of New York
By: Rachel Seligman Weiss
Alexandra Corsi
Zachary Kalmbach
100 Church Street, 3rd Floor
New York, New York 10007
*Attorneys for Defendants*