UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Raymond Lewis, et al.,

                                    Plaintiff,

    -against-

City of New York, et al.,                          No. 23 Civ. 2600 (CM) (JW)

                                    Defendants.

## ORDER

McMahon, J.:

The court dismissed the above-captioned case on September 9, 2025.

The parties have filed a joint motion for settlement. The Clerk of Court is hereby

directed to re-open the case.

Dated: June16, 2026

_____

U.S.D.J

BY ECF TO ALL COUNSEL